| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **David E Bowman** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name  Middle Name  Last Name |
| United States Bankruptcy Court | **Northern District of Illinois** |
| Case number: | **16–18616** |

Social Security number or ITIN **xxx–xx–1764**
EIN __–_____
Social Security number or ITIN ____
EIN __–_____

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David E Bowman

September 13, 2016                     **For the court:** Jeffrey P. Allsteadt, Clerk
                                       United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318               **Order of Discharge**                              page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 16-18616-ABG
David E Bowman                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1              Date Rcvd: Sep 13, 2016
                              Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.
```
db            +David E Bowman,    1422 Broadway Ave,    Apt. 7,   North Chicago, IL 60064-2744
24593384       Great Lake Credit Union,    Building 290,    Great Lakes, IL 60088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24593374       EDI: CAPITALONE.COM Sep 14 2016 01:53:00      Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238
24593372       EDI: CAPITALONE.COM Sep 14 2016 01:53:00      Cap One,   Bankruptcy Dept.,   PO Box 30285,
                Salt Lake City, UT 84130-0285
24593373      +EDI: CAPITALONE.COM Sep 14 2016 01:53:00      Capital 1 Bank,   Attn: General Correspondence,
                Po Box 30285,   Salt Lake City, UT 84130-0285
24593375       EDI: CAPITALONE.COM Sep 14 2016 01:53:00      Capital One Bank, N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
24593376      +EDI: CHASE.COM Sep 14 2016 01:53:00      Chasecard,   Bankruptcy Department,   PO Box 15298,
                Wilmington, DE 19850-5298
24593377      +EDI: RCSFNBMARIN.COM Sep 14 2016 01:53:00      Credit One,   Bankrupcty Department,
                PO Box 98873,   Las Vegas, NV 89193-8873
24593378       EDI: RMSC.COM Sep 14 2016 01:53:00      GECRB/Amazon,   PO Box 981439,   El Paso, TX 79998-1439
24593380       EDI: RMSC.COM Sep 14 2016 01:53:00      GECRB/Amazon PLCC,   PO Box 965015,
                Orlando, FL 32896-5015
24593379      +EDI: RMSC.COM Sep 14 2016 01:53:00      Gecrb/Amazon,   Attn: Bankruptcy,   Po Box 103104,
                Roswell, GA 30076-9104
24593381      +EDI: RMSC.COM Sep 14 2016 01:53:00      Gecrb/Evine,   4125 Windward Plaza Drive,
                Alpharetta, GA 30005-8738
24593383       EDI: RMSC.COM Sep 14 2016 01:53:00      Gemb/AMAZO,   PO Box 981432,   El Paso, TX 79998-1432
24593382      +EDI: RMSC.COM Sep 14 2016 01:53:00      Gemb/Amazo,   Bankruptcy Department,   PO Box 103104,
                Roswell, GA 30076-9104
24593385      +E-mail/Text: collectionsbk@glcu.org Sep 14 2016 02:27:55      Great Lake Credit Union,
                2525 Green Bay Road,   North Chicago, IL 60064-3012
24593386      +E-mail/Text: collectionsbk@glcu.org Sep 14 2016 02:27:55      Great Lakes Cr Un,
                2525 Green Bay Rd,   North Chicago, IL 60064-3012
24593387      +EDI: RESURGENT.COM Sep 14 2016 01:53:00      Pinnacle Credit Servic,   Po Box 640,
                Hopkins, MN 55343-0640
24593388       EDI: RMSC.COM Sep 14 2016 01:53:00      SYNCB/AMAZON PLCC,   PO Box 965015,
                Orlando, FL 32896-5015
24593389      +EDI: VERIZONWIRE.COM Sep 14 2016 01:53:00      Verizon,   Bankruptcy Nat'l Recovery Dept,
                PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 David E Bowman davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```